**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-CV-01965-DDD-STV

JOHN MEGGS, and ACCESS 4 ALL, INC.,

    Plaintiffs,

v.

RAM ONE, LLC,

    Defendant.

_____/

# STIPULATION OF DISMISSAL WITH PREJUDICE

    It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice with each party to bear their own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jon G. Shadinger Jr.* | */s/ Andrew B. Clauss* |
| Jon G. Shadinger Jr., Esq. | Andrew B. Clauss, Esq. |
| Shadinger Law, LLC | Dinsmore & Schohl LLP |
| 717 E. Elmer Street, Suite 7 | 1775 Sherman Street, Suite 2500 |
| Vineland, NJ 08360 | Denver, CO 80203 |
| Phone (609) 319-5399 | Phone (303) 831-6971 |
| Fax (314) 898-0423 | Fax (303) 296-0344 |
| js@shadingerlaw.com | andrew.clauss@dinsmore.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

Dated: February 22, 2022